NO. 07-00-0466-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

DECEMBER 14, 2000

______________________________

STANLEY TORGERSON’S INTERNATIONAL PROMOTIONS, INC.,

D/B/A INTERNATIONAL CLASSIC AUCTIONS, APPELLANT

V.

GENE MESSER, APPELLEE

_________________________________

FROM THE 72ND
 DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2000-509,775; HONORABLE J. BLAIR CHERRY, JR., JUDGE

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

On June 30, 2000, default judgment was entered in cause number 2000-509,775 in the 72nd
 District Court of Lubbock County in favor of appellee Gene Messer against appellant Stanley Torgerson’s International Promotions, Inc., d/b/a International Classic Auctions.  On September 27, 2000, appellant filed Notice of Appeal.  By a restricted appeal, appellant presents four issues which, it is claimed, requires reversal of the judgment.  

Appellee’s brief acknowledges that appellant is entitled to have the default judgment reversed, based on applicable authority. Appellee likewise agrees that the matter should be remanded for further proceedings.  

Accordingly, we reverse the judgment of the trial court and remand for further proceedings.  
Tex. R. App. P.
 43.2(d).

Phil Johnson

    Justice

Do not publish.